# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2411 | **DATE** | 8/12/2010 |
| **CASE TITLE** | Helferich Patent Licensing, LLC vs. Palm, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/12/2010. Defendant's motion for protective order [40] entered and continued for briefing. Response to be filed by or on 8/24/2010; reply 8/31/2010; ruling 9/14/2010 at 9:00. Ruling on motion to dismiss and to strike [34] reset to 9/14/2010 at 9:00 AM. Defendant's motion for leave to file under seal [42] is entered and continued pending possible stipulation. Parties' scheduling order entered. Plaintiff to amend pleadings or join parties by 9/1/2010. Defendant to amend pleadings or join parties by 915/2010. Pre-claim fact discovery will close on 3/23/2011.

Notices mailed by Judicial staff.

00:06

| | Courtroom Deputy Initials: | ETV |
|---|---|---|